IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHANNON TERRELL TORRENCE                                              PLAINTIFF

v.                                    Case No. 4:20-cv-4062

SHERIFF OBIE SIMS; THEARDIS EARLY;
and LAFAYETTE COUNTY, ARKANSAS                                        DEFENDANTS

## JUDGMENT

For the reasons discussed in the memorandum opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 92) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of August, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge